UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMY HAMILTON HERRARTE GARCIA,

Petitioner,

v.

GLERCY ROSARIO DUARTE REYNOSA,

Respondent.

Case No. 19-CV-1928-RSL

ORDER TO SHOW CAUSE
AND FOR SERVICE

This matter comes before the Court on petitioner's "Motion for Ex Parte Immediate Temporary Restraining Order and Order to Show Cause." Dkt. #6. Having reviewed the motion and the remainder of the record, it is hereby

ORDERED that respondent Glercy Rosario Duarte Reynosa shall appear before the Court for an evidentiary hearing on petitioner Samy Hamilton Herrarte Garcia's "Petition for Return of Children" (Dkt. #1) on December 17, 2019 at 1:30 p.m. at the United State Courthouse, 700 Stewart Street, Seattle Washington, in Courtroom 15106. It is further

ORDERED that respondent Glercy Rosario Duarte Reynosa is not to remove the children, S.C.H.D. and J.A.H.D., from the Western District of Washington without prior written approval from the Court. It is further

ORDERED that any papers in opposition to the petition for the return of S.C.H.D. and J.A.H.D, and a list of witnesses who will testify at the evidentiary hearing shall be filed no later than December 12, 2019. It is further

ORDER TO SHOW CAUSE AND FOR SERVICE - 1

ORDERED that petitioner shall personally serve a copy of this order on respondent within five days of the date of this order.

The Court notes that petitioner has further requested an ex parte temporary restraining order (1) enforcing video chat access to his children, (2) requiring information regarding the children's daycare provider and/or school, (3) transferring the children to the physical custody of petitioner, and (4) requiring that respondent post a bond in an amount of $15,000 within 48 hours of service. Regarding these requests for relief, the Court finds petitioner has not met his burden under Rule 65 and declines to issue a temporary restraining order without first providing respondent with notice and an opportunity to be heard at the December 17, 2019 hearing.

DATED this 3rd day of December, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge