HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMY HAMILTON HERRARTE GARCIA,<br><br>Petitioner,<br><br>v.<br><br>GLERCY ROSARIO DUARTE REYNOSA,<br><br>Respondent. | CASE NO. C19-01928-RAJ<br><br>**ORDER SETTING INITIAL HEARING** |

This matter comes before the Court on Petitioner's Motion for an Order to Renote Order to Show Cause. Dkt. # 11. For the following reasons, Petitioner's Motion is **GRANTED**. Dkt. # 11.

Petitioner is the father of S.C.H.D. and J.A.H.D., two minor children. Respondent, Glercy Rosario Duarte Reynosa is the children's mother. Dkt. # 1. Petitioner resides in Guatemala and contends that Respondent wrongfully removed the children from Guatemala and is currently residing with them in this District. *Id.* Petitioner brings this petition for his children's return to Guatemala pursuant to the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. §§ 9001-9011,

ORDER - 1

which implements the 1980 Hague Convention on the Civil Aspects of International Child Abduction (the "Convention").

On November 27, 2019, Petitioner also filed an ex parte motion for a temporary restraining order: (1) enforcing video chat access to his children, (2) requiring information regarding his children's daycare provider and/or school, (3) transferring the children to the physical custody of Petitioner, and (4) requiring that respondent post a bond in an amount of $15,000. Dkt. # 6. On December 3, 2019, the Honorable Robert S. Lasnick declined to issue a temporary restraining order without first providing Respondent with notice and an opportunity to be heard and instead set an evidentiary hearing for December 17, 2019. Dkt. # 10 at 2. This case was subsequently reassigned to the undersigned judge. Both parties are represented by counsel and Respondent was personally served with the petition and pending motions on December 8, 2019. Dkt. # 14. On December 16, 2019, at the parties' request, the Court struck the evidentiary hearing date. Dkt. # 18.

The court is obligated to resolve ICARA petitions on an expedited basis. Convention, Art. 11. It will do so in this case after the parties have had the opportunity to fully brief the matter and to present evidence supporting their respective positions. In the interim, the court issues the following order to preserve the status quo:

1. Pending resolution of the petition, Respondent Glercy Rosario Duarte Reynosa is not to remove the children, S.C.H.D. and J.A.H.D., from the Western District of Washington without prior written approval from the Court. *See* 22 U.S.C. § 9004(a) (authorizing measures to preserve the status quo pending resolution on merits).

2. On January 9, 2019, at 10:00 a.m., Respondent, along with counsel for both parties, shall appear before the undersigned judge for a preliminary hearing. Because Petitioner resides in Guatemala, he is not required to appear for the hearing. He may appear by telephone if his counsel makes

appropriate arrangements with the court. It is also the responsibility of the parties to arrange for an interpreter at the hearing, if required.

   a. If the date of this hearing conflict with Respondent's asylum hearing, which the Court understands is currently scheduled for January 2020 (*see* Dkt. # 1 at 5), the parties must notify the Court immediately.

3. The purpose of the hearing shall be to address Petitioner's request for a temporary restraining order (Dkt. # 6) and determine a briefing schedule and procedure for a second hearing to resolve this matter on the merits. The court does not intend to resolve the merits of the petition at this initial hearing.

   a. Any papers in opposition to the motion for a temporary restraining order (Dkt. # 6) shall be filed no later than January 2, 2019.

At some time after the initial hearing, but as soon as reasonably practicable, the court will hold a second hearing to resolve the merits of the petition.

Dated this 17th day of December, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 3