UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMY HAMILTON HERRARTE
GARCIA,

               Petitioner,

    v.

GLERCY ROSARIO DUARTE
REYNOSA,

               Respondent.

Nos. 2:19-cv-01928-RAJ

**ORDER REGARDING
TRANSFER OF CHILDREN**

      This matter is before the Court on Petitioner's Motion for Reconsideration. Dkt. # 50.[1] On February 18, 2020, this Court issued an Order granting the Petition for Return of Children and ordering Respondent to timely facilitate the return of the children to Guatemala. The Court gave Respondent the option to either accompany the children

---

[1] Petitioner also filed a motion for leave to file an over-length brief. Petitioner's motion is GRANTED. Dkt. # 49.

ORDER – 1

back to Guatemala herself, or deliver the children to Petitioner so that Petitioner could accompany the children back to Guatemala. Dkt. # 47. To date, the children have not been returned to Guatemala.

The Court held a show cause hearing on this matter on February 28, 2020 to determine why the children had not been returned to Guatemala. Consistent with the Court's oral ruling at the hearing, the Court hereby ORDERS:

1. Respondent is ordered to transfer custody of the children to Petitioner by 5:00 p.m. on Sunday, March 1, 2020.

2. Respondent is also ordered to meet Petitioner at the Guatemalan Consulate on Monday, March 2, 2020, and provide the necessary travel authorization to facilitate return of the children to Guatemala.

Consistent with the Court's oral ruling, if a transfer does not occur by 5:00 pm on Sunday, March 1, 2020, the parties are ordered to appear, with the children, on Monday, March 2, 2020 at 9:00 a.m.

Finally, Petitioner requests that the Court reconsider its decision denying Petitioner's request for a bond. The Court has already addressed this request on two prior occasions (Dkt. ## 27, 47) and Petitioner's motion does not establish any manifest error in the Court's prior rulings or new facts or legal authority that could not have been raised earlier. Petitioner's motion for reconsideration is **DENIED**.

Dated this 28th day of February, 2020.

Richard A Jones

The Honorable Richard A. Jones
United States District Judge